AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| THE SLIDING DOOR COMPANY, a California corporation<br><br>*Plaintiff(s)*<br><br>v.<br><br>LEON BELL, individually and THE GLASS DOOR COMPANY, INC d/b/a DOORS22 a Florida Corporation and DAVID LUSTIG<br><br>*Defendant(s)* | Civil Action No.<br><br>20-CV-22951-BB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Leon Bell
    17001 Collins Ave, Apt 3007
    Sunny Isle Beach, FL 33160

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    John F. Bradley
    BRADLEY LEGAL GROUP, P.A.
    1217 E. Broward Boulevard
    Fort Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Jul 17, 2020

*s/ Alisha Beasley-Martin*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| THE SLIDING DOOR COMPANY, a California corporation <br><br> *Plaintiff(s)* <br><br> v. <br><br> LEON BELL, individually and THE GLASS DOOR COMPANY, INC d/b/a DOORS22 a Florida Corporation and DAVID LUSTIG <br><br> *Defendant(s)* | Civil Action No. <br><br> 20-CV-22951-BB |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    David Lustig
    6851 SW 21st Court, Suite 11
    DAVIE, FL 33317

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    John F. Bradley
    BRADLEY LEGAL GROUP,  P.A.
    1217 E. Broward Boulevard
    Fort Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Jul 17, 2020

*s/ Alisha Beasley-Martin*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| THE SLIDING DOR COMPANY,<br>a California corporation<br><br>*Plaintiff(s)*<br>v.<br>LEON BELL, individually and<br>THE GLASS DOOR COMPANY, INC<br>d/b/a DOORS22 a Florida Corporation<br>and DAVID LUSTIG<br><br>*Defendant(s)* | Civil Action No.<br><br>20-CV-22951-BB |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    The Glass Door Company, Inc.
    c/o Leon Bell, President and Resident Agent
    6851 SW 21st Court, Suite 11
    DAVIE, FL 33317

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    John F. Bradley
    BRADLEY LEGAL GROUP, P.A.
    1217 E. Broward Boulevard
    Fort Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Jul 17, 2020

*s/ Alisha Beasley-Martin*
Deputy Clerk
U.S. District Courts