**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-cv-22951-BLOOM/Louis**

THE SLIDING DOOR COMPANY,
a California corporation,

    Plaintiff,

v.

LEON BELL, individually; THE GLASS
DOOR COMPANY, INC. d/b/a DOORS22,
a Florida Corporation; and DAVID LUSTIG,

    Defendants.
_____/

**AGREED FINAL JUDGMENT AND PERMANENT INJUNCTION**

**THIS CAUSE** is before the Court upon Plaintiff's Acceptance of Defendants' Offer of Judgement and Proposal for Settlement, ECF No. [27] ("Offer of Judgment"). The Court has carefully reviewed the Offer of Judgment, the record in this case, and is otherwise fully advised. Accordingly, it is

**ORDERED AND ADJUDGED** that **FINAL JUDGMENT** is entered against Defendants LEON BELL, DAVID LUSTIG and THE GLASS DOOR COMPANY, INC d/b/a DOORS22 ("Defendants"). Defendants shall pay Plaintiff the sum of Twenty-Five Thousand Dollars ($25,000.00) to settle this entire cause, which includes, all elements of damages, including but not limited to all attorneys' fees, costs, interest, and punitive damages incurred in the litigation by either party.

Defendants LEON BELL, DAVID LUSTIG and THE GLASS DOOR COMPANY, INC d/b/a DOORS22 are here by permanently enjoined from using any image specifically identified on page 2, Page 16, Page 20 or Exhibit 2 of the Complaint, ECF No. [1].

Case No. 20-cv-22951-BLOOM/Louis

Defendants LEON BELL, DAVID LUSTIG and THE GLASS DOOR COMPANY, INC d/b/a are here by permanently enjoined from distributing, shipping/exporting, importing, displaying, advertising, marketing promoting or using any image for which the copyright is owned by Plaintiff in connection with the selling and/or offering to sell any product by Defendants.

**DONE AND ORDERED** in Chambers at Miami, Florida, on November 2, 2020.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record